IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JERRY ASMUSSEN,

               Plaintiff,

vs.

THE INTERPUBLIC GROUP OF
COMPANIES, INC.,

               Defendant.

8:26-CV-61


ORDER

IT IS ORDERED that the Clerk of the Court send copies of filing 6, filing 8, filing 9, filing 9-1, filing 10, and this order to:

       Interpublic, Inc.
       c/o Capitol Corporate Services, Inc.
       Suite 800
       1125 South 103rd Street
       Omaha, Nebraska 68124

and

       Interpublic, Inc.
       909 Third Avenue
       New York, NY 10022

Dated this 12th day of June, 2026.

                          BY THE COURT:

                          _____
                          John M. Gerrard
                          Senior United States District Judge